| | | |
|---|---|---|
| JANE DOE, By and Through JEANNE LUND as Attorney in Fact<br>c/o SBWD Law<br>300 East Lombard Street, Suite 1100<br>Baltimore, Maryland 21202 | * <br> * <br> * <br> * <br> * <br> * | IN THE<br><br>CIRCUIT COURT<br><br>FOR |

JANE DOE, By and Through JEANNE
LUND as Attorney in Fact                    *    IN THE
c/o SBWD Law                                  *
300 East Lombard Street, Suite 1100           *    CIRCUIT COURT
Baltimore, Maryland 21202                     *
                                              *    FOR
        *Plaintiff*                           *
                                              *    PRINCE GEORGE'S COUNTY
                                              *
v.                                            *    CASE NO.:  C-16-CV-25-001905
                                              *
INDEPENDENCE COURT OF                         *
HYATTSVILLE, LP                               *
5821 Queens Chapel Road                       *
Hyattsville, Maryland 20782                   *
                                              *
<u>Serve on Resident Agent:</u>              *
CSC-Lawyers Incorporating Service Co.         *
7 St. Paul Street, Suite 820                  *
Baltimore, Maryland 21202                     *
                                              *
and                                           *
                                              *
PRIORITY LIFE CARE, LLC                       *
1102 Chestnut Hills Parkway, Suite 100        *
Fort Wayne, Indiana 46814                     *
                                              *
<u>Serve on Resident Agent:</u>              *
The Corporation Trust Incorporated            *
2405 York Road, Suite 201                     *
Lutherville-Timonium, Maryland 21093          *
                                              *
        *Defendants*                          *
                                              *
*     *     *     *     *     *     *     *     *     *     *     *     *

**Exhibit D**

RS

<u>ORDER</u>

HAVING CONSIDERED Plaintiff Jane Doe's Motion for a Protective Order, it is this

_____12th_____ day of _____May_____, 2025:

ORDERED that Plaintiff Jane Doe's Motion for Protective Order be and is hereby

GRANTED; and it is further

ORDERED that all parties to the above-captioned case, as well as any additional parties going forward, file any documents or information containing identifying information of the Plaintiff Jane Doe in sealed envelopes, to be opened as directed by the Court, or as confidential under MDEC; and is further

ORDERED that any part of the record that reveals identifying information of the Plaintiff Jane Doe, including, but not limited to, name, address, telephone number, date of birth, and/or employer, be and it is hereby SEALED; and it is further

ORDERED, that Defendant be and hereby is BARRED from disclosing such identifying information of the Plaintiff Jane Doe to their witnesses or others unless such person(s) signs and files a confidentiality order with the Court.

05/12/2025 1:48:46 PM

_William A. Snoddy_

Judge, Circuit Court for Prince George's County
William A. Snoddy

Entered: Clerk, Circuit Court for
Prince George's County, MD
May 13, 2025